# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>BEACH ENTERTAINMENT KC, LLC d/b/a SHARK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>　　*Defendants.* | Case No.: 4:18-cv-00668-NKL<br><br>Hon. Nanette K. Laughrey |
| J.T. HAND, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>ARB KC, LLC d/b/a ANGELS ROCK BAR; THE CORDISH COMPANIES, INC.; ENTERTAINMENT CONSULTING INTERNATIONAL, LLC<br><br>　　*Defendants.* | Case No.: 4:19-cv-00108-NKL<br><br>(consolidated with Case No.: 4:18-cv-668-NKL)<br><br>Hon. Nanette K. Laughrey |

## JUDGMENT IN A CIVIL CASE

\_\_\_　　Jury Verdict.　　This action came before the Court for a trial by jury.

X　　Decision by Court.　　This action came before the Court.　　The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED

That the Court awards to Class Counsel a fair and reasonable attorneys' fee, which shall include all attorneys' fees and reimbursable expenses associated with the Actions, in the amount of $331,749.16.

Date: August 15, 2023

PAIGE WYMORE-WYNN
Clerk of Court

s/ TANIA LOCK
By: Tania Lock, Courtroom Deputy